AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF New York

## APPEARANCE

Case Number: 07 CV 10356

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

KEVIN HUGHES, on behalf of himself
and all others similarly situated,

                                  Plaintiffs,

-against-

GETRONICS WANG LLC,

                                  Defendants.

I certify that I am admitted to practice in this court.

12-17-07
Date

*[Signature]*
Signature

Ossai Miazad                       OM1127
Print Name                                   Bar Number

Outten & Golden, LLP, 3 Park Avenue, 29th Floor
Address

New York,             NY            10016
City                      State           Zip Code

(212) 245-1000         (212) 977-4005
Phone Number                    Fax Number