**BRUCKNER BURCH PLLC**
Richard J. (Rex) Burch (TX 24001807)
*Pro Hac Vice Motion Forthcoming*
Michael K. Burch (TX 24012359)
*Pro Hac Vice Motion Forthcoming*
1415 Louisiana, Suite 2125
Houston, Texas 77002
Telephone: 713-877-8788

**OUTTEN & GOLDEN LLP**
Adam T. Klein (AK 3293)
Justin M. Swartz (JS 7989)
Ossai Miazad (OM 1127)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: 212-245-1000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN HUGHES, on behalf of himself and all others similarly situated,<br><br>       Plaintiffs,<br> -against-<br><br>GETRONICS WANG LLC,<br><br>       Defendant. | NO. 07-CV-10356 (LAK) |

**NOTICE OF FILING OF CONSENT TO BECOME
PARTY PLAINTIFF FORM ON BEHALF OF PLAINTIFF**

The following plaintiff is hereby joined to the instant action by their signed Consent to be a Party Plaintiff form, a true and correct copy of which is attached hereto as Exhibit A:

1. Kevin James Hughes

Dated: February 7, 2008
   New York, New York

Respectfully Submitted,

**OUTTEN & GOLDEN, LLP**

 /s/ Ossai Miazad
Ossai Miazad
3 Park Avenue, Floor 29
New York, NY 10016
PH: 212-245-1000
FAX: 212- 977-4005

**ATTORNEYS FOR PLAINTIFFS**

| | |
|---|---|
| IN RE: OVERTIME ACTION AGAINST: ] | COLLECTIVE ACTION |
| ] | |
| GETRONICSWANG, ET AL.           ] | **NOTICE OF CONSENT** |
| _____ ] | |

    I, the undersigned, an employee currently or formerly employed by Getronicswang, *et al.* and/or any of its related entities, hereby consent to be a party plaintiff in an action to collect unpaid wages.

_____
Signature

___Kevin James Hughes___
Full Legal Name (print)