**BRUCKNER BURCH PLLC**
Richard J. (Rex) Burch (TX 24001807)
*Pro Hac Vice Motion Forthcoming*
Michael K. Burch (TX 24012359)
*Pro Hac Vice Motion Forthcoming*
1415 Louisiana, Suite 2125
Houston, Texas 77002
Telephone: 713-877-8788

**OUTTEN & GOLDEN LLP**
Adam T. Klein (AK 3293)
Justin M. Swartz (JS 7989)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: 212-245-1000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN HUGHES, on behalf of himself and all others similarly situated,<br><br>                    Plaintiffs,<br>-against-<br><br>GETRONICSWANG LLC,<br><br>                    Defendant. | NO. 07-CV-10356 (LAK) |

**NOTICE OF FILING OF CONSENTS TO BECOME
PARTY PLAINTIFF FORMS ON BEHALF OF PLAINTIFFS**

The following plaintiffs are hereby joined to the instant action by their signed Consent to be a Party Plaintiff form, true and correct copies of which are attached hereto as Exhibit A:

    1. Chrystie Kilger

Dated: February 25, 2008
       New York, New York

Respectfully Submitted,

**OUTTEN & GOLDEN, LLP**

/s/ Ossai Miazad
Ossai Miazad
3 Park Avenue, Floor 29
New York, NY 10016
PH: 212-245-1000
FAX: 212- 977-4005

**ATTORNEYS FOR PLAINTIFFS**

IN RE: OVERTIME ACTION AGAINST: ]   COLLECTIVE ACTION
]
]
GETRONICSWANG, ET AL.            ]   **NOTICE OF CONSENT**
_____]

I, the undersigned, an employee currently or formerly employed by Getronicswang, *et al.* and/or any of its related entities, hereby consent to be a party plaintiff in an action to collect unpaid wages.

_____
Signature

Christie Kilger
Full Legal Name (print)