Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
KEVIN HUGHES,

       Plaintiff(s),

-against-                                         AFFIDAVIT OF SERVICE
                                                            07 CV 10356(LAK)

GETRONICS WANG LLC,

       Defendant(s).
-------------------------------------------------------X
STATE OF NEW YORK   )
                            S.S.:
COUNTY OF ALBANY   )

        DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 27TH day of February, 2008, at approximately the time of 11:30A.M., at the office of the Secretary of State, of the State of New York in the City of Albany, New York, deponent served the ORIGINAL SUMMONS AND ORIGINAL COMPLAINT AND FIRST AMENDED COMPLAINT AND AMENDED SUMMONS FOR GETRONICS USA INC. AND AMENDED SUMMONS FOR GETRONICS FLEXIBLE SOLUTION LLC AND THE CERTIFICATE OF SERVICE FOR THE AMENDED COMPLAINT AND THE ORDER REGARDING A PRE-TRIAL CONFERENCE AND JUSTIN SWARTZ, ESQ.'S LETTER REQUESTING ADJOURNMENT OF THE INITIAL PRE-TRIAL CONFERENCE AND THE NOTICE OF FILING OF CONSENT TO BECOME PARTY PLAINTIFF OF KEVIN HUGHES AND THE CONSENT OF KEVIN HUGHES AND THE NOTICE OF FILING OF CONSENT TO BECOME PARTY PLAINTIFF OF CHRYSTIE KILGER AND THE CONSENT OF CHRYSTIE KILGER upon GETRONICS FLEXIBLE SOLUTIONS, LLC, in this action, by delivering to and leaving with CHAD MATICE an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at that time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section, 303 of the Limited Liability Company Law.

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

      Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

      CHAD MATICE is a white male, approximately 25 years of age, stands approximately 5 feet 10 inches tall, weighs approximately 175 pounds with brown hair and wears glasses.

DEBORAH LaPOINTE
Sworn to before me this
27th day of February, 2008

_____
NOTARY PUBLIC

FRANK J. PANUCCI
Notary Public, State of N.Y.
Qualified in Albany County
Reg. No. 4721156
Commission Expires July 31, 2010

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com

```
                    State of New York - Department of State
                              Receipt for Service

Receipt #:  200802270103                      Cash #: 200802270097
Date of Service:  02/27/2008                  Fee Paid: $40 - CHECK
Service Company:  10 D.L.S. INC. - 10

Service was directed to be made pursuant to:  SECTION 303 OF THE LIMITED
   LIABILITY COMPANY LAW

Party Served:  GETRONICS FLEXIBLE SOLUTIONS, LLC



Plaintiff/Petitioner:
         HUGHES, KEVIN



Service of Process Address:
C/O CT CORPORATION SYSTEM
111 EIGHTH AVE
NEW YORK, NY 10011

                                              Secretary of State
                                              By   CHAD MATICE
```