JACKSON LEWIS LLP
59 Maiden Lane
New York, New York 10038
(212) 545-4000
Attorneys of Record:
    Felice B. Ekelman (FE 5692)
    Samantha Abeysekera (SA 8198)
ATTORNEYS FOR DEFENDANT
GETRONICS WANG LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KEVIN HUGHES and CRYSTIE KILGER,
on behalf of themselves and all others
similarly situated,

            Plaintiffs,

      -against-

GETRONICS WANG LLC;
GETRONICS USA, INC.; and
GETRONICS FLEXIBLE SOLUTIONS,
LLC,

           Defendants.

-----------------------------------------------------------------X

Civil Action No.:07 CV 10356 (LAK)

**DEFENDANTS' CERTIFICATE PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the Judges and Magistrates of this Court to evaluate possible disqualification or recusal, Defendants, sued herein as "GETRONICS WANG LLC"; "GETRONICS USA, INC."; and "GETRONICS FLEXIBLE SOLUTIONS, LLC," by their undersigned counsel, hereby certify that each is a privately-held corporation the ultimate parent of which is Kominklijke KPN N.V., which trades on, *inter alia*, the Euronext Amsterdam Exchange.

Dated: New York, New York
       March 18, 2008

                                Respectfully submitted,

JACKSON LEWIS LLP
*ATTORNEYS FOR DEFENDANTS*
59 Maiden Lane
New York, New York  10038
(212) 545-4000

By: _____
Felice B. Ekelman (FE 5692)