**BRUCKNER BURCH PLLC**
Richard J. (Rex) Burch (TX 24001807)
*Pro Hac Vice Motion Forthcoming*
Michael K. Burch (TX 24012359)
*Pro Hac Vice Motion Forthcoming*
1415 Louisiana, Suite 2125
Houston, Texas 77002
Telephone:  713-877-8788

**OUTTEN & GOLDEN LLP**
Adam T. Klein (AK 3293)
Justin M. Swartz (JS 7989)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  212-245-1000

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN HUGHES and CRYSTIE KILGER on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br>      -against-<br><br>GETRONICS WANG LLC;<br>GETRONICS USA, INC.; and<br>GETRONICS FLEXIBLE SOLUTIONS, LLC,<br><br>                              Defendant. | NO. 07-CV-10356 (LAK) |

### NOTICE OF FILING OF CONSENTS TO BECOME
### PARTY PLAINTIFF FORMS ON BEHALF OF PLAINTIFFS

   The following plaintiffs are hereby joined to the instant action by their signed Consent to

be a Party Plaintiff form, true and correct copies of which are attached hereto as Exhibit A:

   1.  Terrence Roe McDonald

Dated: March 26, 2008
       New York, New York

Respectfully Submitted,

**OUTTEN & GOLDEN, LLP**


   /s/ Ossai Miazad
Ossai Miazad
3 Park Avenue, Floor 29
New York, NY 10016
PH: 212-245-1000
FAX: 212- 977-4005

**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN HUGHES and CRYSTIE KILGER on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiffs,<br>　-against-<br><br>GETRONICS WANG LLC;<br>GETRONICS USA, INC.; and<br>GETRONICS FLEXIBLE SOLUTIONS, LLC,<br><br>　　　　　　　　　　　Defendant. | **CONSENT TO BE A PARTY PLAINTIFF**<br><br>NO. 07-CV-10356 (LAK) |

　　　I consent to be a party plaintiff in the above captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I hereby designate Outten & Golden LLP and Bruckner Burch PLLC to represent me in the above-captioned law suit.

_Terrence R McDonald_
Signature

_TERRENCE ROE McDONALD_
Full Legal Name (print)