○AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN           DISTRICT OF           NEW YORK

KEVIN HUGHES and CRYSTIE KILGER,
on behalf of themselves and all others
similarly situated

            Plaintiffs,

v.

GETRONICS WANG LLC;
GETRONICS USA, INC.; and
GETRONICS FLEXIBLE SOLUTIONS, LLC

            Defendants.

**APPEARANCE**

Case Number:   07 CV 10356

To the Clerk of this court and all parties of record: Enter my appearance as counsel in this case for

Defendants, Getronics Wang LLC; Getronics USA, Inc.; and Getronics Flexible Solutions, LLC

I certify that I am admitted to practice in this court.

| April 30, 2008 | *[signature]* |
|---|---|
| Date | Signature |
|  | David S. Greenhaus      DG0466 |
|  | Print Name      Bar Number |
|  | JACKSON LEWIS LLP, 58 South Service Road, Suite 410 |
|  | Address |
|  | Melville     NY     11747 |
|  | City     State     Zip Code |
|  | (631)247-0404     (631)247-0417 |
|  | Phone Number     Fax Number |