*Kaplan, J*

**Outten & Golden LLP**
Adam T. Klein (AK 3293)
Justin M. Swartz (JS 7989)
Ossai Miazad (OM 1127)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: 212-245-1000

**BRUCKNER BURCH PLLC**
Richard J. (Rex) Burch (TX 24001807)
*Pro Hac Vice Motion Forthcoming*
Michael K. Burke (TX 24012359)
*Pro Hac Vice Motion Forthcoming*
1415 Louisiana, Suite 2125
Houston, Texas 77002

*Attorneys for the Plaintiffs and Putative Classes*

**Jackson Lewis LLP**
Felice B. Ekelman (FE 5692)
David S. Greenhaus (DG 0466)
59 Maiden Lane
New York, NY 10038
Telephone: 212-545-4000

*Attorneys for the Defendants*





UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN HUGHES and CRYSTIE KILGER on behalf of themselves and all others similarly situated,

    Plaintiffs,
-against-

GETRONICS WANG LLC;
GETRONICS USA, INC.; and
GETRONICS FLEXIBLE SOLUTIONS, LLC,

    Defendant.

NO. 07-CV-10356 (LAK)

STIPULATION AND ORDER

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel that the date for Plaintiffs to oppose Defendants' Motion for Determination That This Action is Not Appropriate For Certification As A Class Or Collective Action Pursuant to Federal Rules of Civil Procedure 12 (c) And 23 (d) and 29 U.S.C. § 216 (B) filed on April 28, 2008 is hereby extended from May 15, 2008 to no later than May 27, 2008. Additionally, the date for

Defendants to submit a Reply to Plaintiffs' Opposition shall be extended from June 6, 2008 to no later than June 13, 2008. Plaintiffs have not requested a previous extension with regard to the briefing schedule of Defendants' motion referenced herein.

Dated: May 13, 2008
New York, NY

By: /s/

Ossai Miazad (OM 1127)
Justin M. Swartz (JS 7989)
Adam T. Klein (AK 3293)
**Outten & Golden LLP**
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: 212-245-1000

Richard J. (Rex) Burch (TX 24001807)
*Pro Hac Vice Motion Forthcoming*
Michael K. Burke (TX 24012359)
*Pro Hac Vice Motion Forthcoming*
**BRUCKNER BURCH PLLC**
1415 Louisiana, Suite 2125
Houston, Texas 77002

*Attorneys for the Plaintiffs and Putative Classes*

By: /s/

Felice B. Ekelman (FE 5692)
David S. Greenhaus (DG 0466)
**Jackson Lewis LLP**
59 Maiden Lane
New York, NY 10038
Telephone: 212-545-4000

*Attorneys for the Defendants*

SO ORDERED:

/s/
Honorable Lewis A. Kaplan, U.S.D.J.

5/14/08