UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

---

KEVIN HUGHES and CHRYSTIE KILGER on behalf of
themselves and all others similarly situated,

                        Plaintiffs,
     -against-

GETRONICS WANG LLC;
GETRONICS USA, INC.; and
GETRONICS FLEXIBLE SOLUTIONS, LLC,

                       Defendant.

07-CV-10356 (LAK)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

---

PURSUANT TO RULE 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Justin Swartz, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

| | |
|---|---|
| Applicant's Name: | Richard Jennings Burch, Esq. |
| Firm Name: | BRUCKNER BURCH PLLC |
| Address: | 1415 Louisiana, Suite 2125 |
| City/State/Zip: | Houston, Texas 77002 |
| Phone Number: | (713) 877-8788 |
| Fax Number: | (713) 877-8065 |

Richard Jennings Burch is a member in good standing of the bars of the State of Texas, the U.S. District Court of Appeals for the Fifth Circuit, and the U.S. District Courts of the Northern, Western, Southern, and Eastern Districts of Texas.

There are no pending disciplinary proceedings against Richard Jennings Burch in any State or Federal Court.

Dated:  May 22, 2008
City, State:  New York, New York

                                     Respectfully submitted,

| | |
|---|---|
| Sponsor's: | Justin Swartz |
| SDNY Bar: | JS 7989 |
| Firm Name: | OUTTEN & GOLDEN, LLP |
| Address: | 3 Park Avenue, 29th Floor |
| City/State/Zip: | New York, NY 10016 |
| Phone Number: | (212) 245-1000 |
| Fax Number: | (212) 977-4005 |

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN HUGHES and CHRYSTIE KILGER on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br>  -against-<br><br>GETRONICS WANG LLC;<br>GETRONICS USA, INC.; and<br>GETRONICS FLEXIBLE SOLUTIONS, LLC,<br><br>         Defendant. | 07-CV-10356 (LAK)<br><br>DECLARATION OF JUSTIN M. SWARTZ IN SUPPORT OF MOTION TO ADMIT PRO HAC VICE RICHARD JENNINGS BURCH |

I, Justin M. Swartz, being duly sworn, hereby deposes and says as follows:

  1.  I am a partner at the law firm of Outten & Golden LLP, counsel for Plaintiffs in the above-captioned matter. I am admitted to practice before the United States District Court for the Southern District of New York and am fully familiar with the individual rules of this Court and the local rules, as well as with the procedural history of this matter. I make this declaration in support of the application for admission *pro hac vice* of Richard Jennings Burch.

  2.  Mr. Burch is a member in good standing of the bars of the State of Texas, the U.S. District Court of Appeals for the Fifth Circuit, and the U.S. District Courts of the Northern, Western, Southern, and Eastern Districts of Texas. The certificate of good standing with respect to Mr. Richard Jennings Burch is annexed as Exhibit A.

  3.  Mr. Burch is a shareholder at the law firm of Bruckner Burch, PLLC, located at 1415 Louisiana, Suite 2125, Houston, Texas, 77002.

  4.  Mr. Burch has not been subjected to discipline by any court or administrative body.

  5.  Mr. Burch is fully familiar with the individual rules of this Court and the local

rules of the United States District Court for the Southern District of New York.

6.  Mr. Burch has worked on this case for approximately six months and is fully familiar with the facts of this case.

7.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 22, 2008

>Respectfully submitted,
>
>**OUTTEN & GOLDEN LLP**
>
>By: _____
>    Justin M. Swartz (JS 7989)
>
>**Outten & Golden LLP**
>Adam T. Klein (AK 3293)
>Justin M. Swartz (JS 7989)
>Ossai Miazad (OM 1127)
>3 Park Avenue, 29th Floor
>New York, New York 10016
>Telephone: 212-245-1000
>
>**Attorneys for Plaintiff and the Putative Classes**

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

May 06, 2008


RE:  **Mr. Richard Jennings Burch**
     State Bar Number - **24001807**

To Whom it May Concern:

This is to certify that Mr. Richard Jennings Burch was licensed to practice law in Texas on November 07, 1997 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.


John A. Neal
Chief Disciplinary Counsel

JN/dh



UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

KEVIN HUGHES and CRYSTIE KILGER on behalf
of themselves and all others similarly situated,

                              Plaintiffs,

-against-

GETRONICS WANG LLC;
GETRONICS USA, INC.; and
GETRONICS FLEXIBLE SOLUTIONS, LLC,

                              Defendant.

07-CV-10356 (LAK)

[Proposed] ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN NOTICE

Upon the motion of Justin M. Swartz, attorney for the Plaintiffs, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Richard Jennings Burch |
| Firm Name: | BRUCKNER BURCH PLLC |
| Address: | 1415 Louisiana, Suite 2125 |
| City/State/Zip: | Houston, Texas  77002 |
| Phone Number: | (713) 877-8788 |
| Fax Number: | (713) 877-8065 |

is admitted to practice *pro hac vice* as counsel for the Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: May ____, 2008
City, State: New York, New York

                                                                                       Honorable Judge Kaplan

## CERTIFICATE OF SERVICE

  I, Susan Zheng, under penalties of perjury, certify the following as true and correct: I am not a party to this action; and I am over 18 years of age. On this 22st day of May 2008, I served a true and correct copy of the foregoing **Application to Admit Pro Hac Vice of Richard Jennings Burch, Esq.** by causing same to be served via First Class U.S. Mail service to the following attorneys of record for: Getronics Wang LLC, Getronics USA, Inc., and Getronics Flexible Solutions, LLC; defendants in this action, whose last known address is:

Felice B. Ekelman  
David S. Greenhaus  
Jackson Lewis LLP  
59 Maiden Lane  
New York, New York 10038  
(212) 545-4000

_____  
          Susan Zheng