SCANNED

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

KEVIN HUGHES and CHRYSTIE KILGER on behalf of
themselves and all others similarly situated,

                                    Plaintiffs,

        -against-

GETRONICS WANG LLC;
GETRONICS USA, INC.; and
GETRONICS FLEXIBLE SOLUTIONS, LLC,

                                    Defendant.

07-CV-10356 (LAK)

**MOTION TO ADMIT COUNSEL
PRO HAC VICE**

PURSUANT TO RULE 1.3 (c) of the Local Rules of the United States District Courts for the Southern
and Eastern Districts of New York, I, Justin Swartz, a member in good standing of the bar of this Court,
hereby move for an Order allowing the admission *pro hac vice* of

| | |
|---|---|
| Applicant's Name: | Richard Jennings Burch, Esq. |
| Firm Name: | BRUCKNER BURCH PLLC |
| Address: | 1415 Louisiana, Suite 2125 |
| City/State/Zip: | Houston, Texas 77002 |
| Phone Number: | (713) 877-8788 |
| Fax Number: | (713) 877-8065 |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08

Richard Jennings Burch is a member in good standing of the bars of the State of Texas, the U.S. District
Court of Appeals for the Fifth Circuit, and the U.S. District Courts of the Northern, Western, Southern,
and Eastern Districts of Texas.

There are no pending disciplinary proceedings against Richard Jennings Burch in any State or Federal
Court.

Dated:  May 22, 2008
City, State:  New York, New York

Respectfully submitted,

**MEMO ENDORSED**

SO ORDERED

LEWIS A. KAPLAN USDJ

6/3/08

| | |
|---|---|
| Sponsor's: | Justin Swartz |
| SDNY Bar: | JS 7989 |
| Firm Name: | OUTTEN & GOLDEN, LLP |
| Address: | 3 Park Avenue, 29th Floor |
| City/State/Zip: | New York, NY 10016 |
| Phone Number: | (212) 245-1000 |
| Fax Number: | (212) 977-4005 |