

**UNITED STATES DISTRICT**
**SOUTHERN DISTRICT OF NEW YORK**

KEVIN HUGHES and CHRYSTIE KILGER on behalf of themselves and all others similarly situated,

                     Plaintiffs,

-against-

GETRONICS WANG LLC;
GETRONICS USA, INC.; and
GETRONICS FLEXIBLE SOLUTIONS, LLC,

                     Defendant.

SCANNED

07-CV-10356 (LAK)

**MOTION TO ADMIT COUNSEL**
**PRO HAC VICE**

**MEMO ENDORSED**

PURSUANT TO RULE 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Justin Swartz, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

| | |
|---|---|
| Applicant's Name: | Michael Kevin Burke, |
| Firm Name: | BRUCKNER BURCH PLLC |
| Address: | 1415 Louisiana, Suite ? |
| City/State/Zip: | Houston, Texas 77002 |
| Phone Number: | (713) 877-8788 |
| Fax Number: | (713) 877-8065 |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08



Michael Kevin Burke is a member in good standing of the bars of the State of Texas, the U.S. District Court of Appeals for the Fifth Circuit, the U.S. District Courts of the Northern and Southern Districts of Texas, and the New York State Supreme Court, Appellate Division, Third Department.

There are no pending disciplinary proceedings against Michael Kevin Burke in any State or Federal Court.

Dated: May 23, 2008
City, State: New York, New York

                                                        Respectfully submitted,

**MEMO ENDORSED** *Granted*

**SO ORDERED**
LEWIS A. KAPLAN, USDJ
6/7/08

| | |
|---|---|
| Sponsor's: | Justin Swartz |
| SDNY Bar: | JS 7989 |
| Firm Name: | OUTTEN & GOLDEN, LLP |
| Address: | 3 Park Avenue, 29th Floor |
| City/State/Zip: | New York, NY 10016 |
| Phone Number: | (212) 245-1000 |
| Fax Number: | (212) 977-4005 |