JACKSON LEWIS LLP
59 Maiden Lane
New York, New York 10038
(212) 545-4000
Attorneys of Record:
    Felice B. Ekelman (FE 5692)
    David S. Greenhaus (DG 0466)
ATTORNEYS FOR DEFENDANT
GETRONICS WANG LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

KEVIN HUGHES and CRYSTIE KILGER,
on behalf of themselves and all others
similarly situated,

              Plaintiffs,

              -against-                    Civil Action No.:07 CV 10356 (LAK)

GETRONICS WANG LLC;                  **MOTION TO ADMIT COUNSEL**
GETRONICS USA, INC.; and              **PRO HAC VICE**
GETRONICS FLEXIBLE SOLUTIONS,
LLC,

              Defendants.

------------------------------------------------------------X

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Felice B. Ekelman, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

| | |
|---|---|
| Applicant's Name: | Paul DeCamp, Esq. |
| Firm Name: | Jackson Lewis, LLP |
| Address: | 10701 Parkridge Blvd., Suite 300 |
| City/State/Zip: | Reston, Virginia 20191 |
| Phone Number: | (703) 483-8300 |
| Fax Number: | (703) 483-8301 |

Paul DeCamp is a member in good standing of the bars of the States of California and Virginia, and the District of Columbia.

There are no pending disciplinary proceedings against Paul DeCamp in any State or Federal Court.

Dated: August 21, 2008
City, State: New York, New York

Respectfully submitted,

*(signature)*

FELICE B. EKELMAN

| | |
|---|---|
| SDNY Bar: | FE 5692 |
| Firm Name: | Jackson Lewis LLP |
| Address: | 59 Maiden Lane |
| City/State/Zip: | New York, NY 10038 |
| Phone Number: | (212) 545 4000 |
| Fax Number: | (212) 972 3213 |

I:\Clients\G\72762\117952\Pleadings\F Ekelman Aff in Support of Motion to Admit Counsel Pro Hac Vice.doc



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

PAUL DeCAMP

was on the 8TH day of MARCH, 2002 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 15, 2008.

GARLAND PINKSTON, JR., CLERK

By: *N. Charles*
Deputy Clerk

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING



THIS IS TO CERTIFY THAT **PAUL DeCAMP** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. DeCAMP** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON JUNE 2, 2008, AFTER ADMISSION ON MOTION THROUGH THE SUPREME COURT OF VIRGINIA.

*Issued August 11, 2008*

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER

**THE STATE BAR**  
**OF CALIFORNIA**

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639    TELEPHONE: 888-800-3400

August 8, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, PAUL PATRICK DECAMP, #195035 was admitted to the practice of law in this state by the Supreme Court of California on May 27, 1998; that at his request, on March 23, 1999, his name was changed to PAUL DECAMP on the records of the State Bar of California; that he has been since the date of admission, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Kath Lambert* [signature]  
Kath Lambert  
Custodian of Membership Records

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of August 2008, I caused true and correct copies of the foregoing Application to Admit Pro Hac Vice of Paul DeCamp, Esq. and supporting papers to be served upon Plaintiff's counsel of record, at the following address: Justin Swartz, Outten & Golden, LLP, 3 Park Avenue, 29th Floor, New York, New York 10016, by First Class U.S. Mail.

_____
Ravindra K. Shaw

JACKSON LEWIS LLP
59 Maiden Lane
New York, New York 10038
(212) 545-4000
Attorneys of Record:
    Felice B. Ekelman (FE 5692)
    David S. Greenhaus (DG 0466)
ATTORNEYS FOR DEFENDANT
GETRONICS WANG LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

KEVIN HUGHES and CRYSTIE KILGER,
on behalf of themselves and all others
similarly situated,

                Plaintiffs,

                -against-

GETRONICS WANG LLC;
GETRONICS USA, INC.; and
GETRONICS FLEXIBLE SOLUTIONS,
LLC,

                Defendants.

Civil Action No.:07 CV 10356 (LAK)

**DECLARATION OF FELICE B. EKELMAN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

----------------------------------------------------------------X

State of New York  )
                      ) ss:
County of New York )

FELICE B. EKELMAN, being duly sworn, hereby deposes and says as follows:

1.    I am a Partner at Jackson Lewis LLP, counsel for Defendants Getronics Wang Co. LLC, Getronics USA Inc. and Getronics Flexible Solutions LLC, sued herein as Getronics Wang LLC, Getronics USA, Inc. and Getronics Flexible Solutions LLC in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Paul DeCamp as counsel pro hac vice to represent Defendants in this matter.

2.    I am a member in good standing of the bar of the State of New York, and was

        admitted to practice law in 1986. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Paul DeCamp since January, 2008.

4. Mr. DeCamp is a Partner at Jackson Lewis LLP, in Reston, Virginia.

5. I have found Mr. DeCamp to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure. Mr. DeCamp has not been subjected to discipline by any court or administrative body.

6. Accordingly, I am pleased to move for the admission of Paul DeCamp, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Paul DeCamp, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Paul DeCamp, pro hac vice, to represent Defendants in the above captioned matter, be granted.

Dated: August 21, 2008

City, State: New York, New York

Notarized:

                                            Respectfully submitted,

                                            FELICE B. EKELMAN

                                            SDNY Bar Code: FE-5692

I:\Clients\G\72762\117952\Pleadings\F Ekelman Aff in Support of Motion to Admit Counsel Pro Hac Vice.doc

JACKSON LEWIS LLP
59 Maiden Lane
New York, New York 10038
(212) 545-4000
Attorneys of Record:
    Felice B. Ekelman (FE 5692)
    David S. Greenhaus (DG 0466)
ATTORNEYS FOR DEFENDANT
GETRONICS WANG LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

KEVIN HUGHES and CRYSTIE KILGER,
on behalf of themselves and all others
similarly situated,

            Plaintiffs,

-against-

GETRONICS WANG LLC;
GETRONICS USA, INC.; and
GETRONICS FLEXIBLE SOLUTIONS,
LLC,

            Defendants.

------------------------------------------------------------X

Civil Action No.:07 CV 10356 (LAK)

**[Proposed] ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN NOTICE**

Upon the motion of Felice B. Ekelman, attorney for the Plaintiffs, and said sponsor attorney's affidavit in support,

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Paul DeCamp, Esq. |
| Firm Name: | Jackson Lewis, LLP |
| Address: | 10701 Parkridge Blvd., Suite 300 |
| City/State/Zip: | Reston, Virginia 20191 |
| Phone Number: | (703) 483-8300 |

Fax Number:        (703) 483-8301

is admitted to practice *pro hac vice* as counsel for the Defendants in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: August __, 2008
City, State: New York, New York

_____
Honorable Lewis A. Kaplan, Judge

I:\Clients\G\72762\117952\Pleadings\Proposed Order on Motion to Admit Counsel Pro Hac Vice.doc