MEMO ENDORSED

(JAB 8/25/08)

SCANNED

JACKSON LEWIS LLP
59 Maiden Lane
New York, New York 10038
(212) 545-4000
Attorneys of Record:
    Felice B. Ekelman (FE 5692)
    David S. Greenhaus (DG 0466)
ATTORNEYS FOR DEFENDANT
GETRONICS WANG LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

KEVIN HUGHES and CRYSTIE KILGER,
on behalf of themselves and all others
similarly situated,

                    Plaintiffs,

            -against-

GETRONICS WANG LLC;
GETRONICS USA, INC.; and
GETRONICS FLEXIBLE SOLUTIONS,
LLC,

                    Defendants.

-------------------------------------------------------------X

AUG 2 8 2008

JUDGE KAPLAN'S CHAMBERS

Civil Action No.:07 CV 10356 (LAK)

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Felice B. Ekelman, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

Applicant's Name:      Paul DeCamp, Esq.

Firm Name:             Jackson Lewis, LLP

Address:               10701 Parkridge Blvd., Suite 300

City/State/Zip:        Reston, Virginia 20191

Phone Number:          (703) 483-8300

Fax Number:            (703) 483-8301

SO ORDERED   *granted*

_____
LEWIS A. KAPLAN, USDJ

9/1/08

Paul DeCamp is a member in good standing of the bars of the States of California and Virginia, and the District of Columbia.

There are no pending disciplinary proceedings against Paul DeCamp in any State or Federal Court.

Dated: August 21, 2008
City, State:  New York, New York

Respectfully submitted,

_FELICE B. EKELMAN_

| | |
|---|---|
| SDNY Bar: | FE 5692 |
| Firm Name: | Jackson Lewis LLP |
| Address: | 59 Maiden Lane |
| City/State/Zip: | New York, NY 10038 |
| Phone Number: | (212) 545 4000 |
| Fax Number: | (212) 972 3213 |

I:\Clients\G\72762\117952\Pleadings\F Ekelman Aff in Support of Motion to Admit Counsel Pro Hac Vice.doc