UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED #: 3/2/09

------------------------------------------------------------X

Hughes
Plaintiff,

-v-

Gentronics Wang LLC
Defendant.

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07cv 10356 (LAK)(THK)

------------------------------------------------------------X

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☒ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*

☐ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:

☐ Habeas Corpus

☐ Social Security

☒ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:

All such motions: ✓

*Do not check if already referred for general pretrial.

Dated 3/2/09

SO ORDERED:

_____
United States District Judge