**OUTTEN & GOLDEN LLP**
Adam T. Klein (AK 3293)
Justin M. Swartz (JS 7989)
Ossai Miazad (OM 1127)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: 212-245-1000

**BRUCKNER BURCH PLLC**
Richard J. Burch (admitted *pro hac vice*)
Michael K. Burke (admitted *pro hac vice*)
1415 Louisiana, Suite 2125
Houston, Texas 77002
Telephone: 713-877-8788

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **KEVIN HUGHES, DIANE GOSIER, and DAVID MANNING**, on behalf of themselves and all others similarly situated,<br><br>                                   **Plaintiffs,**<br>    -against-<br><br>**GETRONICS WANG LLC; GETRONICS USA, INC.; and GETRONICS FLEXIBLE SOLUTIONS, LLC;**<br><br>                                   **Defendants.** | **07-CV-10356 (LAK) (THK)** |

### NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR
### CLASS REPRESENTATIVE SERVICE AWARDS

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Class Representative Service Awards and in the Declaration of Justin M. Swartz in Support of Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees and Reimbursement of Expenses and Unopposed Motion for Service Awards and the supporting exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order granting:

    (1)    Service award of $7,500.00 to Class Representative Kevin Hughes; and

    (2)    Service awards of $3,000.00 each to Class Representatives Diane Gosier and

David Manning.

Dated: New York, New York
February 1, 2010

    Respectfully submitted,

    **OUTTEN & GOLDEN LLP**
    By:

    /s/ Justin M. Swartz
    Justin M. Swartz (JS 7989)

    **OUTTEN & GOLDEN LLP**
    Adam T. Klein (AK 3293)
    Justin M. Swartz (JS 7989)
    Ossai Miazad (OM 1127)
    3 Park Avenue, 29th Floor
    New York, New York 10016
    Telephone: 212-245-1000

    **BRUCKNER BURCH PLLC**
    Richard J. Burch (admitted *pro hac vice*)
    Michael K. Burke (admitted *pro hac vice*)
    1415 Louisiana, Suite 2125
    Houston, Texas 77002
    Telephone: 713-877-8788

    **Attorneys for Plaintiffs and the Class**