**OUTTEN & GOLDEN LLP**
Adam T. Klein (AK 3293)
Justin M. Swartz (JS 7989)
Ossai Miazad (OM 1127)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: 212-245-1000

**BRUCKNER BURCH PLLC**
Richard J. Burch (admitted *pro hac vice*)
Michael K. Burke (admitted *pro hac vice*)
1415 Louisiana, Suite 2125
Houston, Texas 77002
Telephone: 713-877-8788

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **KEVIN HUGHES, DIANE GOSIER, and DAVID MANNING**, on behalf of themselves and all others similarly situated,<br><br>                            Plaintiffs,<br>  -against-<br><br>**GETRONICS WANG LLC; GETRONICS USA, INC.; and GETRONICS FLEXIBLE SOLUTIONS, LLC;**<br><br>                            Defendants. | **07-CV-10356 (LAK) (THK)** |

## NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees and Reimbursement of Expenses ("Motion for Attorneys' Fees"), and in the Declaration of Justin M. Swartz in Support of Plaintiffs' Motion for Attorneys' Fees and Reimbursement of Expenses and the supporting exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

    (1)    awarding Class Counsel attorneys' fees of 33 1/3% of the Settlement Fund;

    (2)    awarding Class Counsel costs of $34,167; and

(3) granting such other, further, or different relief as the Court deems just and proper.

Dated: New York, New York
February 1, 2010

Respectfully submitted,

**OUTTEN & GOLDEN LLP**
By:

/s/ Justin M. Swartz
Justin M. Swartz (JS 7989)

**OUTTEN & GOLDEN LLP**
Adam T. Klein (AK 3293)
Justin M. Swartz (JS 7989)
Ossai Miazad (OM 1127)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: 212-245-1000

**BRUCKNER BURCH PLLC**
Richard J. Burch (admitted *pro hac vice*)
Michael K. Burke (admitted *pro hac vice*)
1415 Louisiana, Suite 2125
Houston, Texas 77002
Telephone: 713-877-8788

**Attorneys for Plaintiffs and the Class**