# Exhibit 1

**Hughes, et al. v. Getronics Wang LLC: Bruckner Burch PLLC 2007 TIME ENTRIES**

| Date | Lwyr | Explanation | Hours |
|---|---|---|---|
| 9/11/2007 | CAF | Intake questionnaire on new potential case against Getronics (1.0); complete lit-check: 1 hit (Reiland) (.2); PACER Check and Westlaw search (.5); worksheet fowarded to RJB (.3). | 2 |
| 9/14/2007 | RJB | Analysis of new case regarding Getronics including analysis of client intake questionnaire and research created by paralegals (3.3); contact potential co-counsel regarding case (no charge). | 3.3 |
| 9/18/2007 | RJB | Correspondence to client providing outline of strength of the case and suggesting further issues for discussion (.5). | 0.5 |
| 9/20/2007 | RJB | Discussion with client regarding status of case development and potential strategies for moving forward (.7); analysis of job descriptions received and outline of likely exemption issues, review of recent case involving similar workers (3.0) | 3.7 |
| 9/21/2007 | RJB | Setting follow-up conference with Hughes regarding his case (.2) | 0.2 |
| 9/22/2007 | RJB | Meeting with client regarding his case and outline results of investigation basic outline of issues related to his case (1.0). | 1 |
| 9/27/2007 | RJB | Setting up meeting with client for follow-up conference (no charge) | 0 |
| 9/28/2007 | MKB | Attend meeting with client and RJB, discussion of representation of Mr. Hughes and his likely options (1.1) | 1.1 |
| 9/28/2007 | RJB | Meeting with client regarding case, discussion of my proposed co-counsel, location of filing, likely length of time for resolution, recent DOL opinion letter, etc. (1.1); contact from Hughes co-worker regarding working conditions at Getronics, comparison with report from Hughes and documents provided by paralegals (1.5); begin work on legal analysis summary for use in case incorporating DOL opinion letters and IT cases (3.5) | 6.1 |
| 9/29/2007 | RJB | Continue work on prefiling legal brief including analsyis of various IT and computer professional cases (3.0) | 3 |
| 10/2/2007 | RJB | Request for additional information from Hughes co-worker and response to same (.3); email possible co-counsel regarding status of investigation (.1) | 0.4 |
| 10/4/2007 | RJB | Forward contigent fee contract and related case documents to client for his evaluation (.2) | 0.2 |
| 10/9/2007 | RJB | Contact from Hughes stating he has reviewed the contact and will be returning it to us, update co-counsel (.2) | 0.2 |
| 10/15/2007 | RJB | Receipt of correspondence from client including signed contract and response to his correspondence (.2) | 0.2 |
| 10/16/2007 | RJB | Investigate status/update analysis of Alaska case as it relates to this one (same or similar position, not a class), forward copy to complaint to co-counsel in NYC (.5) | 0.5 |
| 10/25/2007 | RJB | Analysis of new case regarding supplemental jurisdiction over state law claims in anticipation of likely motion to dismiss state law claims from defendant (.5) | 0.5 |
| 10/30/2007 | RJB | Discussion with co-counsel regarding draft class action complaint (.3) | 0.3 |

**Hughes, et al. v. Getronics Wang LLC: Bruckner Burch PLLC 2007 TIME ENTRIES**

| Date | Lwyr | Explanation | Hours |
|---|---|---|---|
| 11/4/2007 | RJB | Discussion with co-counsel regarding existence of Alaska case and potential MDL issues, investigate standards related to same in the absence of competing class actions (2.6) | 2.6 |
| 11/4/2007 | RJB | Review of paralegals investigation into legal name of Getronics entity and comparison with documents in file (.8); work on initial draft of complaint including analysis of issues with including existing plaintiffs (Alaska case) within scope of the complaint (2.2) | 3 |
| 11/6/2007 | RJB | Complete draft draft of class action complaint and forward same to co-counsel (1.5); response from co-counsel regarding same (no charge) | 1.5 |
| 11/7/2007 | RJB | Update client on status and request for additional documents identifying the precise name of the corporate entity employing him (several listed on his documents) (.2); response from client and continue investigation based on same (.5); update co-counsel on status of same (.2); follow-up discussion with client regarding possible name (Getronics Wang LLC) which apears on co-workers payroll records (.3) | 1.2 |
| 11/12/2007 | RJB | Discussion with co-counsel regarding status of complaint and likely filing date (.4) | 0.4 |
| 11/13/2007 | RJB | Discussion with client regarding case status and information he has received from Getronics since the termination of his employment (.4); meeting with co-counsel regarding same and time for filing of complaint (.5); forward additional information regarding client to co-counsel (.1). | 1 |
| 11/15/2007 | RJB | Receive case assignment info (Judge Kaplan) and check minor details in complaint that need to be corrected in amended complaint (.7). | 0.7 |
| 11/19/2007 | RJB | Conversion with client regarding Getronics contacting his current employer and insisting he be removed from the project and potential retaliation issues (.5); follow up questions to client and responses from same (.5). | 1 |
| 11/20/2007 | RJB | Discussion with co-counsel regarding retaliation issues (.3); follow-up with client (.2); review of contacts from former Getronics workers regarding case filing (.8); discussion with co-counsel regarding same (.2). | 1.5 |
| 11/27/2007 | RJB | Correspondence to/from co-counsel informing of intake status and setting and setting plan for divisions of same (.3) | 0.3 |
| 11/28/2007 | RJB | Extensive interview with putative class member (MR) regarding his job duties, hours worked and alleged "comp time" system at Getronics, discussion of technical certifications and equipment used in job, employed in Houston, others are interested as well (1.5); update co-counsel with results of interview (.5). | 2 |
| 11/29/2007 | RJB | Receive email from client with copy of Getronics email to workers regarding lawsuit and review of Getronics release (.4); discussion of same with co-counsel (.3); follow up discussion with client regarding emails he is receiving from his former co-workers (.3). | 1 |
| 12/3/2007 | RJB | Discussion with co-counsel regarding co-ordination for payment of costs (no charge) | 0 |

**Hughes, et al. v. Getronics Wang LLC: Bruckner Burch PLLC 2007 TIME ENTRIES**

| Date | Lwyr | Explanation | Hours |
|---|---|---|---|
| 12/5/2007 | RJB | Analysis of contact from Kilger regarding case, confirming job duties and outlining her hours worked, conversation with co-counsel regarding same (.5); discussion with co-counsel regarding amending of complaint and adding plaintiffs along with Hoffman motion (.2). | 0.7 |
| 12/19/2007 | RJB | Update co-counsel of additional intake from potential lead plaintiff in similar job position and discussion regarding declarations to support conditional certification (.3). | 0.3 |
| 12/20/2007 | RJB | Analysis of new intake (TT) regarding his experiences at Getronics and possible suitability as additional class representative (.5). | 0.5 |
| 12/28/2007 | RJB | Brief discussion with co-counsel regarding plan of action for proceeding with case (.2) | 0.2 |

**Hughes, et al. v. Getronics Wang LLC: Bruckner Burch PLLC 2008 TIME ENTRIES**

| Date | Lwyr | Explanation | Hours |
|---|---|---|---|
| 1/4/2008 | RJB | Discussion with client regarding signed consent for SOL puposes under the FLSA and re-sending of same (.5). analysis of agenda of items for moving case forward, discussion with co-counsel regarding same (.4) | 0.9 |
| 1/7/2008 | MKB | Meeting with co-counsel regarding intake status and reports on same (.5); follow-up with potential client and witness who has information regarding Getronic's Houston operation (.3) | 0.8 |
| 1/8/2008 | RJB | Review of draft letter to court regarding adjournment of hearding and inform co-counsel of my approval (.3); Meeting with co-counsel regarding intake status and reports on same (.5); follow-up with potential client and witness who has information regarding Getronic's Houston operation (.3); analysis of case intakes forms for other potential plaintiffs (.5); review of final letter (no charge). | 1.6 |
| 1/10/2008 | RJB | Receive notification that request for adjournment has been granted. | 0.1 |
| 1/13/2008 | RJB | Discussion with client regarding former co-workers contacting him and reporting on Getronics reaction to the lawsuit (.5). | 0.5 |
| 1/17/2008 | RJB | Discussion with co-counsel regarding consents and interest received from others to date (.3). | 0.3 |
| 2/1/2008 | RJB | Review of intake from NJ employee of Getronics regarding case (.2); discussions with co-counsel regarding same and upcoming conference with the Court (.2). | 0.4 |
| 2/6/2008 | RJB | Report from co-counsel regarding their meeting with Kilger (.1); discussion with co-counsel regarding appropriate opt-in form (.1); discussion with co-counsel regarding status of interviews with Alabama and (2) Texas potential opt-ins, review of the job duties described by same (.6); re-connect with Texas employee who contacted us regarding the case and discussion of case status with him (.4). | 1.1 |
| 2/7/2008 | RJB | Discussion with co-counsel regarding status of pro hac vice motions (.2); coordinate retainer agreements and consent forms to be used with additional clients (.2); update from co-counsel regarding Kilger (.1); arrangements for meeting with Kilger re: retention agreement (.1). | 0.6 |
| 2/10/2008 | RJB | Discussion with co-counsel regarding amending of complaint (.1); follow-up correspondence with co-counsel regarding job titles to be covered and review of our intake material regarding same (.2). | 0.3 |
| 2/11/2008 | RJB | Email from co-counsel regarding scope of class definition (.1); brief review of SDNY case law dealing with multiple job classifications if tied by commonality of job duties (1.4). | 1.5 |
| 2/13/2008 | DIM | Meeting with RJB re: Kristy Kilger (.1). | 0.1 |
| 2/13/2008 | RJB | Report proposals regarding class definition to co-counsel, discussions regarding filing of complaint and possible amendments (.4); meeting with DIM regarding Kilger's retainer agreement (.1). | 0.5 |
| 2/14/2008 | DIM | Call to Kristy Kilger regarding Getronics case (.5). | 0.5 |
| 2/14/2008 | RJB | Discussion with co-counsel regarding service of complaint (.1) | 0.1 |

**Hughes, et al. v. Getronics Wang LLC: Bruckner Burch PLLC 2008 TIME ENTRIES**

| Date | Lwyr | Explanation | Hours |
|---|---|---|---|
| 2/22/2008 | RJB | Update from co-counsel regarding hearing with the Court (.1); assign efforts to obtain valid service address for Getronics entity (.2); contact client because Getronicswang does not appear to be the correct entity for service (.2); follow-up discussion with client regarding documents related to his employment (.1); correspondence to co-counsel updating on status (.2); discussion with co-counsel regarding Kilger and amending of complaint (.2). | 1 |
| 2/24/2008 | RJB | Revisions to complaint and forward suggestions to co-counsel. | 0.7 |
| 2/24/2008 | RJB | Amend complaint, including jurisdictional allegations, and forward to co-counsel (.8); follow-up email regarding jurisdictional issue (.1). | 1.1 |
| 2/25/2008 | DIM | Discussion with co-counsel regarding status of Kilger documents (.3); conference with Kilger regarding wages, hours and working conditions (.8) | 1.1 |
| 2/25/2008 | RJB | Meeting with new client regarding joining case and tweaking of amended complaint. | 0.5 |
| 2/26/2008 | RJB | Receipt and review of amended complaint as filed with the Court as well as related documents (.2) | 0.2 |
| 2/28/2008 | DIM | Update from co-counsel regarding status of service (.1) | 0.1 |
| 2/28/2008 | RJB | Update from co-counsel regarding status of service (.1) | 0.1 |
| 3/3/2008 | DIM | Update from co-counsel regarding contact from putative class member (.1) | 0.1 |
| 3/3/2008 | RJB | Update from co-counsel regarding contact from putative class member (.1) | 0.1 |
| 3/10/2008 | RJB | In-depth interview of potential class members regarding his experiences with Getronics in California, jod duties, hours worked, etc. (1.3). | 1.3 |
| 3/11/2008 | RJB | Discussion with co-counsel regarding putative class member and the information in his possession (.3). | 0.3 |
| 3/12/2008 | RJB | Continue discussion with co-counsel regarding new potential plaintiff and information provided by him, review of documents provided by him in response to question from co-counsel (.5); follow up discussion with co-counsel regarding another potential class member and whether to send him an opt-in form (.1) | 0.6 |
| 3/18/2008 | RJB | Evaluate answer received from opposing counsel and discussion with co-counsel regarding same (.5); emails to/from potential class member regarding his experiences at Getronics and brief phone discussion with co-counsel related to same (.4); analysis of documents provided by potential class members (.5); forward same to co-counsel (no charge); response from co-counsel (.1). | 1.5 |
| 3/19/2008 | RJB | Come up with proposed dates for 26(f) scheduling conference for forwarding to opposing counsel (.2); review and approve proposed letter to opposing counsel (.1). | 0.3 |
| 4/8/2008 | CAF | Work in assignment from RJB regarding obtaining documents from Getronics other cases and Getronics website (8.0) | 8 |
| 4/8/2008 | RJB | Email from JMS to opposing counsel regarding case managent conference (no charge); email from court-room deputy informing us that Judge Kaplan has set a conference in this matter (.1); follow up discussions with opposing and co-counsel regarding seting of conference (.2). | 0.3 |

**Hughes, et al. v. Getronics Wang LLC: Bruckner Burch PLLC 2008 TIME ENTRIES**

| Date | Lwyr | Explanation | Hours |
|---|---|---|---|
| 4/9/2008 | RJB | Indepth review of materials obtained from California case against Getronics, materials obtained from Getronics website (such as job descriptions and Getronics "Glossary"), organize documents into useful subcategories, update case outline with evaluation of same (6.0); co-ordinate meeting with counsel for scheduling conference in light of upcoming setting (.2). | 6.2 |
| 4/10/2008 | RJB | Prepare for and meet with opposing counsel regarding scheduling issues | 1 |
| 4/10/2008 | RJB | Prepare for case managment conf; attend meeting w opposing counsel; evaluation of prop plan; comments on same (2.2); discussion with co-counsel regarding discovery issues raised by Getronics matierals located on the web and begin draft of target requests based on same (3.0); follow-up email to opposing counsel regarding proposed stipulations to reduce transaction costs (such as permitting service by email) (.2). | 5.4 |
| 4/11/2008 | RJB | Emails to/from opposing counsel regarding stipulations issues, including defendants' refusal to agree to service via email (.2); email from co-counsel regarding first set of discovery (.1) | 0.3 |
| 4/14/2008 | GS | Update case calendar based on dates received from Court (.2). | 0.2 |
| 4/14/2008 | RJB | Review of scheduling order received from Court (.1); discussion with co-counsel regarding steps necessary to accommodate the Court's preferred schedule (.1). | 0.2 |
| 4/21/2008 | RJB | Evaluation of deposition notices and subpoenas received from opposing counsel, error in Kilger document (.3). | 0.3 |
| 4/23/2008 | RJB | Review and approve of First Set of Request for Production of Documents, including comparison with Answer filed and documents obtained to date (.9); receive corrected Kilger documents (.1). | 1 |
| 4/25/2008 | RJB | Receive and review Defendant's Initial Disclosures (.2); review of finalized version of Plaintiffs' 1st RFPs (no charge). | 0.2 |
| 4/28/2008 | RJB | Email from co-counsel regarding information for intial disclosures (.1); brief review of defendant's 20+ page "motion for judgment on the pleadings" (.5); correspondence with co-counsel regarding same (.2). | 0.8 |
| 4/29/2008 | RJB | Work on preparation of pro hac vice motions (.3); extended discussion and commentary on "motion for judgment on pleadings" filed by defendants, logical implications of their arguments (e.g., no class actions ever) and outline of tactical response to same (2.2); letter from opposing counsel to Court regarding motion (no charge); evaluation of declarations provided with defendant's motion for possible use in supporting a Hoffman notice motion (.5); review of initial disclosures provided by OM (.2). | 3.2 |
| 4/29/2008 | CAF | Obtain certificates of good standing for RJB and MKB based on assignment from RJB (.5). | 0.5 |

**Hughes, et al. v. Getronics Wang LLC: Bruckner Burch PLLC 2008 TIME ENTRIES**

| Date | Lwyr | Explanation | Hours |
|---|---|---|---|
| 4/30/2008 | RJB | Discussion with co-counsel regarding amendment deadline and consideration of changing class definition (.2); email from JMS regarding use of material defendants filed with their motion in support of our own motion for conditional certification (.1); continue work on evaluation of Kremer and Fields declarations submitted by Defendants and comparison with information in Borg case (such as Ogg affidavit) and noticing discrepencies between two for use in responding to defendants' motion and for our motion for conditional certification (3.5). | 3.8 |
| 5/5/2008 | RJB | Discussion with co-counsel regarding depositions of Hughes and Kilger in light of Kilger's health issues, proposed assignment of plaintiff preparation and presentation (.2); email from client regarding assertions made in defendants' motion (.2). | 0.4 |
| 5/6/2008 | RJB | Correspondence to/from co-counsel regarding defendant's refusal to take Kilger's deposition in Houston, Texas despite her health issues (.1); work on scheduling date in Houston in the event defendants agree to change location (.1). | 0.2 |
| 5/7/2008 | RJB | Email from co-counsel OM regarding potential change in deposition location for Kilger (.1). | 0.1 |
| 5/9/2008 | RJB | Email from client expressing her concerns about retaliation and her belief regarding the starting of same at her work (.2); emails to/from co-counsel regarding Kilger's personal situation and possible means for addressing her concerns (.2). | 0.4 |
| 5/12/2008 | RJB | Evaluation of proposed stipulation of confidentiality received from opposing counsel (.5). | 0.5 |
| 5/13/2008 | RJB | Analysis of proposal from opposing counsel regarding extension of time to respond to motion to dismiss class action allegations (.3); discussion with co-counsel of need to obtain documents from potential class members and potential issue with Kilger (.3); review of draft pro hac vice motions (.2); analysis of draft 30(b)(6) deposition notices and comments on same (.5); receive executed stipulation regarding response dates (.1) | 1.3 |
| 5/13/2008 | RJB | Discussion with putative class member regarding paychecks in his possession and request for copy of same, discussion of other documents that may be in his possession and current location of same (.5); update RJB on same (.1); review of stipulation extending response date for motion to dismiss (.1). | 0.7 |
| 5/14/2008 | RJB | Evaluate status of pleadings given the deadline of tomorrow (.5); discussion with co-counsel regarding same (.1); evaluation of subpoena served by Getronics on Deutche bank and evaluation of proper response to same (.4); approve letter regarding upcoming depositions to opposing counsel (.1); review of final letter to opposing counsel (no charge). | 1.1 |
| 5/16/2008 | RJB | Letter from opposing counsel regarding Kilger deposition (.1); continue analysis of case law regarding medical issues that prevent traveling for depositions (.5). | 0.6 |
| 5/20/2008 | RJB | Evaluate response to defendant's letter regarding Kilger deposition (.1); correspondence from co-counsel regarding same (.1). | 0.2 |

**Hughes, et al. v. Getronics Wang LLC: Bruckner Burch PLLC 2008 TIME ENTRIES**

| Date | Lwyr | Explanation | Hours |
|---|---|---|---|
| 5/21/2008 | RJB | Notices of deposition for various defendants' witnesses (.2); review of ongoing discussions between opposing and co-counsel regarding Kilger deposition including defendant's refusal to proceed with Hughes deposition (.1). | 0.3 |
| 5/22/2008 | MKB | Work on getting admitted pro hac vice, discussion with RJB re same (.2). | 0.2 |
| 5/22/2008 | RJB | Contact Kilger regarding additional possible accommodations so that she could give deposition (.2); review of latest correspodence to defense counsel regarding our efforts to reach a compromise on this issue (.1); analysis of defendant's multi-page letter to magistrate regarding deposition and insisting Ms. Kilger travel (.2); brief review of Iran case cited therein (.4); research caselaw regarding location of deposition for plaintiffs in FLSA litigation and provide same to co-counsel (.3). | 1 |
| 5/23/2008 | MKB | Work on response to motion to dismiss class allegations. | 0.5 |
| 5/23/2008 | RJB | Receipt of draft response to motion to dismiss class claims and begin analysis of same (1.4); email to JMS giving initial impression (.1); review of response to Defendant's letter to Judge Katz regarding depositions (.1). | 1.6 |
| 5/26/2008 | RJB | Work on response to defendant's motion to deny class action status including analysis of arguments regarding Twombly, burden of proof with respect to exempt status, and related issues. | 1.3 |
| 5/26/2008 | RJB | Complete comments on response to motion to strike class claims and forward to co-counsel (4.5). | 4.5 |
| 5/27/2008 | RJB | Review of ruling from Court regarding deposition (.1). | 0.1 |
| 5/28/2008 | DIM | Meeting with Kilger regarding Getronics, discussion of message she received from employee of defendant and her concerns regarding retaliation, agree to meeting in person to discuss issues further and report back to RJB (1.0). | 1 |
| 5/28/2008 | RJB | Analysis of recent decision (Damassia) addressing issues raised in defendant's motion (.3); review and approve letter to Court apprising of same (.1); discussion with co-counsel regarding handling of deposition issue (.2); update from DIM regarding Kilger and inform co-counsel of same (.2); receive motions pro hac as filed with Court (no charge). | 0.5 |
| 5/29/2008 | RJB | Discussion with co-counsel regarding threatening call received by Kilger (.2); review of discovery responses (no documents) received from Defendant and comments regarding proposed letter to opposing counsel (.4); approve final letter to Court regarding Damassia decision (.1); review of finalized letter to Court (no charge). _____ | 0.7 |
| 5/30/2008 | RJB | Report from OM regarding status of defendant's discovery production, discussion with co-counsel regarding upcoming meet and confer (.2) | 0.2 |

**Hughes, et al. v. Getronics Wang LLC: Bruckner Burch PLLC 2008 TIME ENTRIES**

| Date | Lwyr | Explanation | Hours |
|---|---|---|---|
| 5/31/2008 | RJB | Prepare for meeting with Kilger including outline of issues related to retaliation, draft release for telephone records, and research of Kaplan/Katz decisions on retaliation (3.1); travel to meeting, call from client indicating sick child, reschedule meeting for telephone (1.0). | 4.1 |
| 6/1/2008 | RJB | Memo to co-counsel regarding Kilger and her status as a plaintiff (.2); discussion regarding upcoming meet and confer session in discovery (.1). | 0.3 |
| 6/2/2008 | RJB | Analysis of latest proposed stipulation of confidentiality received from defendants and discuss comments with co-counsel (.6); meeting with co-counsel (OM) regarding Kilger (.1); draft letter to Kilger regarding possible effects on her claim if she elects withdraw (.5). | 1.2 |
| 6/3/2008 | RJB | Review of revised confidenitality agreement (.1). | 0.1 |
| 6/4/2008 | DIM | Prepare for meeting with Chrystie Kilger regarding deposition dates and participating in case (2.0); travel to/from her home (billed at 1/2 time) (1.0); meeting regarding Ms. Kilger's deposition dates and participating in the case (2.5). | 5.5 |
| 6/4/2008 | RJB | Analysis of defendant's objections to Plaintiffs' 30(b)(6) notice (.5); review of report from OM regarding status of efforts to confer regarding discovery responses (.1). | 0.6 |
| 6/5/2008 | RJB | Memo to co-counsel regarding additional witness and his report of conditions at Getronics (.2); correspondence to counsel in Alaska case regarding the status of their case (.1). | 0.3 |
| 6/6/2008 | DIM | Receipt of privilege log served by Getronics (.2) | 0.2 |
| 6/6/2008 | RJB | Evaluation of defendant's privilege log and identify documents that might be discoverable in light of defendant's good faith defenses (.2); review of additional documents filed in Alaska case (Borg) (2.7); update case outline regarding Ogg and forward selected documents (such as Ogg declaration) to co-counsel (.5); discussion with co-counsel regarding same (.2). | 3.6 |
| 6/7/2008 | RJB | Meeting with counsel in Alaska case regarding discovery progress and their overall thoughts regarding certain issues in the case (.5) | 0.5 |
| 6/8/2008 | RJB | Meeting with JMS regarding Alaska documents (.2) outline issues regarding proper scope of class and discovery issues (.6). | 0.8 |
| 6/8/2008 | RJB | Update from co-counsel regarding recent meet and confer sessions with opposing counsel (.1). | 0.1 |
| 6/10/2008 | RJB | Evaluation of defendant's latest correspondence related to the litigation hold of materials related to job duties and hours worked by class members and plaintiffs' response/clarification of our request (.2); read case cited by defendants (.2); review of documents received from McDonald regarding his payroll status (.3); update co-counsel on same (.1); discussions with co-counsel regarding 30(b)(6) deposition (.1); review of additional information located by O&G on defendant's webstite (.5). | 1.4 |
| 6/12/2008 | RJB | Analysis of declaration and attachments submitted by Defense Counsel related to defendant's motion to determine that collective certification is inappropriate (2.5). | 2.5 |

**Hughes, et al. v. Getronics Wang LLC: Bruckner Burch PLLC 2008 TIME ENTRIES**

| Date | Lwyr | Explanation | Hours |
|---|---|---|---|
| 6/16/2008 | RJB | Email from opposing counsel stating they refuse to produce a witness for the 30(b)(6) deposition and correspondence with co-counsel regarding same (.2) | 0.2 |
| 6/17/2008 | RJB | Email from opposing counsel requesting dates for deposition of plaintiffs (.1); evaluation of plan of action for removing Kilger from complaint (.2); correspondence with co-counsel regarding other potential plaintiffs (.2); notice of client's availabillity for deposition (.1); email discussion with opposing and co-counsel regarding amending the complaint (.1). | 0.7 |
| 6/18/2008 | RJB | Correspondence regarding amending of complaint (.1). | 0.1 |
| 6/23/2008 | RJB | Discussion with JMS regarding pre-motion letter to Judge Katz given defendant's total refusal to respond to class discovery (.1); review draft letter to Judge Katz (.2). | 0.3 |
| 6/25/2008 | RJB | Attempt to contact JMS regarding discovery letter (no charge); comments regarding discovery letter (.1). | 0.1 |
| 6/26/2008 | RJB | Meeting with co-counsel regarding discovery and case status (.1). | 0.1 |
| 7/3/2008 | RJB | Analysis of defendant's letter to Court regarding pleading standards and review of case applying Twombly (.5) | 0.5 |
| 7/6/2008 | RJB | Receipt of excel spreadsheet from OM, apparently only readable document on disk produced by defendant, and brief review of same (.3); make efforts to determine how to open documents produced by defendant (.2); correspondence with OM regarding defendant's production (.2); provide comments regarding defendant's arguments regarding pleading standard including discussion that Twombly applies to affirmative defenses and defendant's failure to plead any facts supporting their defenses (.2). | 0.9 |
| 7/7/2008 | RJB | Report from co-counsel regarding documents provided by defendants (.1); analysis of lengthy letter provided by defendant to Judge regarding discovery issues and requesting extension (.5); correspondence with co-counsel regarding same (.1). | 0.7 |
| 7/8/2008 | RJB | Order from Court denying defendants' motion regarding class action status (.1); correspondence with co-counsel regarding same (.1); review of defendant's letter to court regarding order denying defendant's motion to dismiss (.1); Disclosure of proposed "summary" witness to defendants (.1). | 0.4 |
| 7/9/2008 | RJB | Review of letter to Judge Kaplan regarding discovery disputes (.3); discussion of contact from putative class member Griffin regarding case (.2). | 0.5 |
| 7/14/2008 | RJB | Analysis of 44-page letter and attachments defendants forward to Judge Kaplan today (1.3); email to opposing counsel informing him that I am serving as class counsel in a cited case and that he is mistaken regarding its status (.2); review of defendants' responses to our second set of requests for production (all objections) (.2); review of correspondence between JMS and opposing counsel regarding confidentiality (.1). | 1.8 |

**Hughes, et al. v. Getronics Wang LLC: Bruckner Burch PLLC 2008 TIME ENTRIES**

| Date | Lwyr | Explanation | Hours |
|---|---|---|---|
| 7/15/2008 | RJB | Discussion with opposing counsel regarding inability to access documents produced and his explanation that client received the documents in that format (.2); review of additional 12 pages of documents received from defendants and update case outline with same (.3); notice to opposing counsel regarding issue with expert designation (.1). | 0.6 |
| 7/15/2008 | RJB | Letter from opposing counsel alleging the "unreasonably vague and burdensome scope of Plaintiff's discovery demands" and statement regarding confidentiality (.1); emails and arrangement for further discussions regarding class definition issues (with co- and opposing counsel) (.3). | 0.4 |
| 7/16/2008 | RJB | Emails to / from opposing counsel regarding efforts to confer today (.1). | 0.1 |
| 7/17/2008 | RJB | Email to opposing counsel regarding today's meeting and response to same (.1); receive notice of referral to Judge Katz for discovery dispute (.1); prepare for and have conversation with counsel regarding class defintion issues (.3); discussion with co-counsel regarding class definition issue (.1) | 0.5 |
| 7/18/2008 | RJB | Receive copy of rough depositon transcript (Hughes) (.1); schedule hearing with Court regarding discovery issues (.1). | 0.2 |
| 7/19/2008 | RJB | Review of rough draft of Hughes deposition (3.0). | 3 |
| 7/21/2008 | RJB | Various updates from co-counsel regarding results of today's discovery hearing (.3); discussion with co-counsel regarding today's discovery hearing and implications from same (.2). | 0.5 |
| 7/22/2008 | RJB | Conference call with co-counsel regarding handling of case from this point forward (.7); scheduling of conference call with Greenhouse for tomorrow (.1). | 0.8 |
| 7/23/2008 | RJB | Set up discovery conference with opposing and co-counsel (.2); review of transcript of hearing in anticipation of same (1.); meeting resecheduled on request from defendant (.1); discussion with co-counsle regarding same (.1). | 1.9 |
| 7/24/2008 | RJB | Discussion with OM regarding discovery conference with opposing counsel and review of proposed letter regarding same (.2); review of "expert" disclosure received from defendant and consideration of potential need for counter-expert, discussion with colleagues regarding same (.6); review of proposed agena received from co-counsel (.1); analysis of latest confidentiality stipulation (.3). | 1.2 |
| 7/25/2008 | RJB | Preparation for discovery conference with opposing counsel (.4); discussion with co-counsel regarding amendments to confidentiality stipulation (.1); meeting with opposing counsel regarding discovery (1.0); forward copy of hearing transcript based on discussion with opposing counsel (.1); follow up emails from opposing and co-counsel (no charge). | 1.6 |
| 7/27/2008 | RJB | Analysis of proposed 30(b)(6) notice received from co-counsel (.3); draft and forward suggested changes to same (.2); comments to co-counsel regarding additional discovery suggestions (.2); review and offer comments on | 0.7 |

**Hughes, et al. v. Getronics Wang LLC: Bruckner Burch PLLC 2008 TIME ENTRIES**

| Date | Lwyr | Explanation | Hours |
|---|---|---|---|
| 7/29/2008 | RJB | Evaluation of proposed interview form for use with potential class members (1.0); review of initial disclosures originally produced by defendants and update from defense counsel regarding status of production and defendants' intention to seek an extension (.4); discussion with co-counsel regarding rebutall experts (.1). | 1.5 |
| 7/30/2008 | RJB | Review of defendant's letter to the Court regarding status of production (.1); discussion of how to handle defendants' refusal to abide by the Court's instructions (.2); decision not name someone as rebuttal expert given defendant's failure to properly designate their expert (.2); receipt of stipulation and related correspondence from OM (.1). | 0.6 |
| 7/31/2008 | RJB | Evaluate response to defendant's letter to Court regarding discovery (.2); begin review of 80 pages of job descriptions provided by defendant's in effort to further define class (1.3); review of updated letter to Judge Katz regarding discovery dispute (.2); correspondence from defense counsel explaining he would not be able to make production today (.1). | 1.8 |
| 8/1/2008 | RJB | Receive final copy of Plaintiffs' letter to Judge re discovery (no charge). | 0 |
| 8/4/2008 | RJB | Correspondence with opposing and co-counsel regarding scheduling of depositions (.2); update from OM regarding discovery produced by Getronics (.1); correspondence from opposing counsel regarding proposal for samplying of employee files and consideration of same (.2). | 0.5 |
| 8/5/2008 | RJB | Correspondence regarding documents related to good faith defense and asking defendant to produce same (.2). | 0.2 |
| 8/6/2008 | RJB | Correspondence with opposing and co-counsel regarding scheduling of depositions and defendant's outstanding discovery obligations (.4). | 0.4 |
| 8/8/2008 | RJB | Review of letter to court requesting court determination on certain privilege issues (.2); correspondence from opposing counsel and co-counsel regarding scheduling of 30(b)(6) witness (.2). | 0.4 |
| 8/12/2008 | RJB | Receive update from co-counsel regarding discovery conference that went forward today (.1); review of sample service agreement received from defendant for use in evaluating employee job duties and how defendant markets the class members services (1.0). | 1.1 |
| 8/13/2008 | RJB | Summary of discovery conference received from OM (.2); discussion with co-counsel of same (.1); receipt of confidentiality stip (no charge). | 0.3 |
| 8/14/2008 | RJB | Analysis of payroll documents received from opposing counsel (.5); discussions with co-counsel related to same (.2). | 0.7 |
| 8/15/2008 | RJB | Report from OM regarding Sara Amiro who appears in Defendant's privilege log (.1). | 0.1 |
| 8/16/2008 | RJB | Correspondence with co-counsel regarding sampling production and discussion of requesting defendants stipuate to notice (.2). | 0.2 |
| 8/17/2008 | RJB | Begin splitting up list of putative class members for interviews regarding class certification issues (.2). | 0.2 |

**Hughes, et al. v. Getronics Wang LLC: Bruckner Burch PLLC 2008 TIME ENTRIES**

| Date | Lwyr | Explanation | Hours |
|---|---|---|---|
| 8/18/2008 | RJB | Evaluate defendant's letter requesting reconsideration of class issue (.3); call to opposing counsel stating that I am class counsel in Roussell and explaining the entire class (over 60,000 employees) was disclosed (.2); update co-counsel on discussion (.1); outline issues raised by letter noting defendants inexplicably cite Roussell (in which entire list was produced) as authority for sampling (1.0); email from opposing counsel identifying certain information that will be produced (.1); review of finalized 30(b)(6) deposition notices (.1). | 1.8 |
| 8/19/2008 | RJB | Analysis of hearing transcript from recent discovery conference .6); assign MKB briefing regarding waiver of attorney client even where the alleged good faith is not based on advice of counsel (.1) | 0.6 |
| 8/21/2008 | MKB | Start research into issue related to waiver of attorney client privilege based on the assertion of a good faith defense (3.5); begin drafting memo related to same (1.5). | 5 |
| 8/21/2008 | RJB | Begin review of a variety of documents produced by defendant including payroll records (both NY and US), greatly expanded privilege log (.5); review of plaintiffs' response to defendant's motin for reconsideration (.3); forward certain documents to MKB re: waiver issue (.2). | 3 |
| 8/22/2008 | MKB | Continue drafting memorandum of law regarding waiver of attorney client privilege by asserting a good faith defense with a particular emphasis on cases where "advice of counsel" is denied as a basis for the defense (6.1). | 6.1 |
| 8/25/2008 | CAF | Order Patton v. Getronics file (.5). | 0.5 |
| 8/25/2008 | RJB | Letter from defense counsel identifying other wage and hour lawsuits involving Getronics (.2); PACER search of certain cases identified therein and discovering SJ had been granted against Getronics on certain exemption defenses in Patton, report same to co-counsel (.3); assign retrieval of significant documents (.2). | 0.7 |
| 8/26/2008 | MKB | Complete brief regarding waiver of attorney client privilege based on assertion of good faith and provide co-counsel with same (2.5). | 2.5 |
| 8/26/2008 | RJB | Notice of appearance from DeCamp for defendants (.1); discussion with co-counsel regarding his appearance and possibility for reaching out to him regarding settlement or agreement on issues (.3); order from Court denying reconsideration and discussion of same (.2); review of waiver brief received from MKB (.4). | 1 |
| 8/28/2008 | RJB | Receipt of FLSA complaints from opposing counsel and brief review of same (.3); letter from opposing counsel regarding training materials (.1). | 0.4 |
| 8/29/2008 | RJB | Email from opposing counsel regarding his availability (no charge); prepare for and call to opposing counsel to discuss potential for stipulating to conditional certification (.4); update co-counsel on same (.1). | 0.5 |

**Hughes, et al. v. Getronics Wang LLC: Bruckner Burch PLLC 2008 TIME ENTRIES**

| Date | Lwyr | Explanation | Hours |
|---|---|---|---|
| 9/2/2008 | RJB | Email from opposing counsel indicating a stipulation on notice was unlikely and providing possible meeting time (.1); email from OM regarding my voicemail of last week (no charge); discussion with co-counsel regarding defendants proposal to produce samples of certain documents, review transcripts regarding same (.3); phone discussion with co-counsel regarding tomorrow's meeting (.1); email to opposing counsel stating I did wish to meet tomorrow and scheduling of same (.1). | 0.6 |
| 9/3/2008 | MKB | Review of Patton v. Getronics file for information useful to our case (1.5); forward selected documents to co-counsel (.2). | 1.7 |
| 9/3/2008 | RJB | Prepare for, travel to and attend meeting with opposing counsel regarding agreement on conditional certification, exemption issues, mediation and other ideas for moving case forward (3.1). | 3.1 |
| 9/4/2008 | RJB | Receipt of additional FLSA case involving Getronics from opposing counsel and PACER review of same (.3); update to co-counsel on status of meeting yesterday, etc (.2). | 0.5 |
| 9/5/2008 | RJB | Update from OM regarding defendants' failure to provide the class list (.1); evaluation of most recent interview and declaration forms (.5); begin work on letter to defense counsel suggesting possible means for resolving this matter (1.0). | 1.6 |
| 9/6/2008 | RJB | Correspondence to/from co- and opposing counsel regarding failure to produce information by 9/5 deadline, defendants' response that they put it in the mail on 9/5, and related discussion (.2); continue work on settlement letter (.5). | 0.7 |
| 9/8/2008 | RJB | Analysis of class list received from opposing counsel and provide basic chart to co-counsel (1.0); correspondence regarding failure to provide class list prior to today and necessity of rescheduling Kremer's deposition (.2). | 1.2 |
| 9/9/2008 | RJB | Word from paralegals that Getronics sent out a letter to putative class members informing them of the suit (.1); discussion of possible handling of same (.1); offer suggestions for revisions to interview forms (.3); disussion with co-counsle regarding handling of same (.1); complete letter to FE regarding mediation or other means for resolving dispute (.4). | 1 |
| 9/10/2008 | RJB | Review of interview sheet received from paralegal regarding FL employee (.2). | 0.2 |
| 9/11/2008 | RJB | Analyze letter issued by Getronics to potential class members (.3); outline of issues and compare with research created in Belt v. EmCare (1.5) | 1.8 |
| 9/12/2008 | RJB | Assist with drafting of letter to Court regarding defendants' letter to potential class members (.7). | 0.7 |
| 9/13/2008 | RJB | Evaluation of interview form completed by paralegals (.2). | 0.2 |
| 9/14/2008 | RJB | Evaluation of additional interview forms completed by paralegals and discussion with co-counsel regarding same (.5). | 0.5 |
| 9/15/2008 | RJB | Meeting with class member Slater regarding his experiences at Getronics (1.0); update co-counsel on same (.1). | 1.1 |

**Hughes, et al. v. Getronics Wang LLC: Bruckner Burch PLLC 2008 TIME ENTRIES**

| Date | Lwyr | Explanation | Hours |
|---|---|---|---|
| 9/16/2008 | RJB | Begin analysis of large batch of interview results received from paralegas in preparation for conference call (1.0); emails to/from co-counsel regarding today's meeting (.3); conference with co-counsel regarding progress of witness interviews (1.5); analysis of documents produced today indicating defendants are dissauding class members from speaking to us (.2); discussion with co-counsel regarding same (.1); review of finalized letter to Court regarding discovery abuses by defendant (.2) | 3.3 |
| 9/17/2008 | RJB | Work on letter to court regarding corrective notice, including citations to additional cases and discussion with co-counsel regarding defendants' unauthorized letter (.8). | 0.8 |
| 9/18/2008 | RJB | Evaluation of interview form completed by paralegals (.2). | 0.2 |
| 9/19/2008 | RJB | Discussion with co-counsel regarding status of settlement negotiations (.1). | 0.1 |
| 9/20/2008 | RJB | Review Defendants' response to Judge Kaplan regarding their unauthorized letter (.3); discussion with JMS regarding same (no charge); review of additional interview form received from paralegal (.2). | 0.5 |
| 9/21/2008 | RJB | Receipt of email from paralegal regarding particularly fruitful interviews and evaluate questionnaire responses from these two individuals (.8). | 0.8 |
| 9/22/2008 | RJB | Brief overview of discovery requests served by defense counsel (.5); correspondence from JS related to recent interviews (no charge). | 0.5 |
| 9/23/2008 | RJB | Reports from class members regarding their interpretation of Ogg statements and discuss same with trial team members (.5); review of additional intakes from paralegals (.9). | 1.4 |
| 9/25/2008 | RJB | Evaluation of interview conducted by paralegal with respect to Ca class member (.3); consideration of potential Ca claims and various damages issues related to same (2.1). | 2.4 |
| 9/26/2008 | RJB | Brief evaluation of additional interview forms (5) received from paralegals (.4); review defendants' letter to court regarding scheduling order (.1); conference with co-counsel regarding case status, etc (.4); brief conference with OM regarding opt-in plaintiffs (.1). | 1 |
| 9/27/2008 | RJB | Receive updates on intake status (.3). | 0.3 |
| 9/29/2008 | RJB | Comparison created by OM of job duties between TSS 2 and 3 accompanied by interview questions from class member and evaluation of same (.2). | 0.2 |
| 9/30/2008 | RJB | Continue evaluation of interview forms created by paralegals along with excel spreadsheet of all responses (.5); correspondence from co-counsel regarding same (.2). | 0.7 |
| 10/1/2008 | RJB | Analysis of organization charts - unredacted - received from opposing counsel (.5); review transcript of most recent discovery hearing held with Judge Katz (.6); review recent interview of class member (.2); correspondence from co-counsel regarding status of production (.1). | 1.4 |
| 10/2/2008 | RJB | Review correspondence from class member regarding time shaving practices at Getronics (.1). | 0.1 |
| 10/3/2008 | RJB | Work on draft declaration for putative class members for use in support of conditional certification (1.0); discussion with co-counsel regarding same (.1); evaluate defendants' response to our request for certain evaluation documents (.2). | 1.3 |

**Hughes, et al. v. Getronics Wang LLC: Bruckner Burch PLLC 2008 TIME ENTRIES**

| Date | Lwyr | Explanation | Hours |
|---|---|---|---|
| 10/4/2008 | RJB | Correspondence from co-counsel regarding discovery disputes and draft declaration (no charge). | 0 |
| 10/6/2008 | RJB | Evaluation of defendants response to our request for clarification of their discovery responses and comparison with documents produced thus far (.5). | 0.5 |
| 10/7/2008 | RJB | Document produced by defense counsel reflecting clients where class members worked (.1). | 0.1 |
| 10/8/2008 | RJB | Receipt of chart created by paralegal demonstrating the reason for defendants' delay and impact on potential damages (.2); letter from defense counsel to court requesting adjournment (.1); discussion with co-counsel regarding status of declarations (.1). | 0.4 |
| 10/9/2008 | RJB | Evaluation of potential named plaintiff from Ca and discussion with co-counsel regarding same (.5). | 0.5 |
| 10/10/2008 | RJB | Receipt of documents from Gosier regarding representation (.2); discussion with co-counsel regaring Ogg deposition (.1); review of defendants' letter to Judge regarding ongoing discovery issues (.3). | 0.6 |
| 10/11/2008 | RJB | Correspondence with co-counsel regarding continuing issues with defendant's failure to provide complete discovery responses (.1). | 0.1 |
| 10/14/2008 | RJB | Review of draft discovery responses and most recent letter to Court regarding discovery dispute (.3). | 0.3 |
| 10/16/2008 | RJB | Comment regarding the effects of today's conference call on potential for resolution (.2); review and approve of proposed draft responses to defendants' discovery requests (.5); analysis of defendant's responses to our interrogatories (.2). | 0.9 |
| 10/21/2008 | RJB | Determination of manner for handling Kilger and McDonald issues as well amending the complaint (.2). | 0.2 |
| 10/28/2008 | RJB | Email from JMS regarding amending of complaint (.1). | 0.1 |
| 10/29/2008 | RJB | Response to JMS request regarding amending complaint and informing him of my intention to visit with a member of the defense team tomorrow (.1). | 0.1 |
| 10/30/2008 | RJB | Discussion with DeCamp regarding case (.2); attempt to update co-counsel on same (.1). | 0.3 |
| 10/31/2008 | RJB | Evaluation of discovery complaints received from defense counsel (.3); review of stipulation regarding amending complaint (.1). | 0.4 |
| 11/3/2008 | RJB | Review of deposition notices served today (.2); correspondence from defense counsel regarding scheduling of depositions (.1); discussion with JMS regarding letter to opposing counsel (.1). | 0.4 |
| 11/4/2008 | RJB | Draft letter to opposing counsel explaining why we think now is an opportune time to discuss resolution (1.0). | 1 |
| 11/5/2008 | RJB | Receive and evaluate draft subpoenas to be issued to Getronics clients (.5). | 0.5 |
| 11/6/2008 | RJB | Discussion with co-counsel regarding letter sent to opposing counsel regarding resolution (.2); receive order approving filing of amended complaint and discussion of impact on McDonald (.2). | 0.4 |
| 11/10/2008 | RJB | Correspondence regarding continuing discovery dispute and dispute regarding number of depositions that would be appropriate (.3). | 0.3 |
| 11/11/2008 | RJB | Evaluation of potential options for moving the case toward resolution (.2); discussion with JMS regarding same (.3). | 0.5 |

**Hughes, et al. v. Getronics Wang LLC: Bruckner Burch PLLC 2008 TIME ENTRIES**

| Date | Lwyr | Explanation | Hours |
|---|---|---|---|
| 11/15/2008 | RJB | Correspondence to opposing and co-counsel regarding efforts to schedule a mediation (.3). | 0.3 |
| 11/17/2008 | RJB | Receipt of new discovery documents from opposing counsel and analysis of same (1.5); correspondence with co-counsel regarding same (.2); receipt of rough damage calculations from co-counsel (.2). | 1.9 |
| 11/18/2008 | RJB | Review of defendants' response to our letter regarding defendants' discovery failings (.2); discussion with co-counsel regarding damage model and review of same (.5). | 0.7 |
| 11/19/2008 | RJB | Review of Ogg deposition (3.6); summarize some especially helpful points (.5); analysis of defendants amended answer (.3). | 4.4 |
| 11/20/2008 | RJB | Work on motion for conditional certification and offer additional case law and topic to be addressed (2.5); analysis of Ogg transcript regarding issues related to conditional certification and incorporate into comments on motion (.8); emails to co-counsel regarding case status (.2). | 3.5 |
| 11/20/2008 | RJB | Work on draft motion for notice received from co-counsel in light of Ogg testimony and offer comments particularly on "stage" applicable to the case (2.1); voice mail from opposing counsel (.1). | 2.2 |
| 11/21/2008 | RJB | Emails to and from opposing counsel and set time to talk, followed by telephone conference, agreement to mediate and toll statute of limitations pending mediation, update co-counsel on same (1.5). | 1.5 |
| 11/22/2008 | RJB | Draft letter to opposing counsel following up on our Friday discussion (1.6); forward same to co-counsel (.1); email from co-counsel regarding tolling (.1). | 1.8 |
| 11/23/2008 | RJB | Review of OM and JMS proposed edits to letter to opposing counsel along with draft tolling agreement (.3); finalize letter and forward to opposing counsel (.3). | 0.6 |
| 11/24/2008 | RJB | Correspondence from opposing counsel approving proposed stipulation and forward same to co-counsel (.2); receipt of draft privilege waiver letter from co-counsel (.1). | 0.3 |
| 11/26/2008 | RJB | Receipt of order approving proposed stay for mediation purposes (.1). | 0.1 |
| 12/4/2008 | RJB | Email to co-counsel regarding mediation (.1); call to JMS regarding mediation and potential mediators (.3); reach out to lawyers with Houston case against Getronics (.2). | 0.6 |
| 12/8/2008 | RJB | Follow up with lawyers in Houston case (.2); email from opposing counsel and discussion regarding potential mediators and dates (.5). | 0.7 |
| 12/9/2008 | RJB | Discussion with co-counsel regarding pending Houston case (.1); contact from Houston lawyer (.1). | 0.2 |
| 12/11/2008 | RJB | Check our class list to determine if Plaintiffs in Houston action are covered (they are) and inform Houston counsel of same (.5); forward potential mediators to opposing counsel and request earlier mediation date (.2). | 0.7 |
| 12/12/2008 | RJB | Update co-counsel on Houston case (.1). | 0.1 |
| 12/14/2008 | RJB | Discussion with opposing and co-counsel regarding Raisfeld as potential mediator (.5); inform opposing counsel that Ms. Raisfeld is acceptable to us (no charge). | 0.5 |
| 12/15/2008 | RJB | Review of emails from opposing counsel and mediator regarding potential dates (2/24-2/25) for mediation (.2). | 0.2 |

**Hughes, et al. v. Getronics Wang LLC: Bruckner Burch PLLC 2008 TIME ENTRIES**

| Date | Lwyr | Explanation | Hours |
| --- | --- | --- | --- |
| 12/16/2008 | RJB | Inform opposing counsel and mediator that dates work for us (.1). | 0.1 |
| 12/17/2008 | RJB | Discussion with opposing counsel and mediator regarding mediation (.2); update co-counsel on same (.2). | 0.4 |